Patricia A. LIPPMAN

v.

Robert G. KAY.

No. 80–416–M.P.

Supreme Court of Rhode Island.

April 9, 1981.

Fishbein & Feinstein, J. Ronald Fishbein, Providence, for petitioner.

Edwards & Angell, Jerry L. McIntyre, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.